Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street Suite 530
Newark NJ 07102
973-622-1584
njchapter7@gmail.com

**Order Filed on June 7, 2016 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**
_____X

In Re
SHAROLL ROCCA

                Debtor
SHAROLL ROCCA

                Plaintiff,

v.

SPRINT, ALLIED INTERSTATE, CALELLO AGENCY

                Defendants.
_____X

Bankr. Case No.:  15-10535
Chapter 7

Adv. Proc. No.:  15-01234

**CONSENT ORDER BETWEEN PLAINTIFF AND DEFENDANTS WITH SETTLEMENT  AND**
**DISMISSAL AS DEFENDANTS IN THIS ADVERSARY PROCEEDING**

The relief set forth on the following pages numbered (2) through (4) is hereby ORDERED.

**DATED: June 7, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtor: Sharoll Rocca**
**Bankr. Case No.: 15-10525**
**Adv. Proc. No.: 15-1234**

**CONSENT ORDER**
**BETWEEN PLAINTIFF AND DEFENDANTS SETTLEING AND DISMISSING**
**AS DEFENDANTS IN THIS ADVERSARY PROCEEDING**

It appearing that Plainitff Sharoll Rocca ("Plaintiff"), and Defendnats, Inc., have agreed to the

terms herein, as evidenced by the signatures below, and the following facts being stipulated to:

1.. On January 12, 2015, Plaintiff filed a voluntary petition for relief under Chapter 7 of the

United States Bankruptcy Code.

2. On February 27, 2015, Plaintiff filed a Complaint, naming Sprint, Allied Interstate LLC

and Calello Agency as Defendants for Violation of the Automatic Stay.

3.. Whereas, Sprint and Allied Interstate have agreed to provide payment to the debtor in the

amount of $2,000 and Calello Agency has agreed to allow the debtor to continue to reside at the

property for an additional three (3) months rent free and to provide security deposit.

4.. Whereas, the Plaintiff and Defendants have resolved and settled claims that were subject

to this adversary proceeding.

NOW, THEREFORE, IT IS STIPULATED AND AGREED TO SETTLE AND DISMISS THE

ADVERSARY PROCEEDING.

IN WITNESS WHEREFORE, THE DEFENDANTS AND PLAINTIFF HAVE AGREED

May 15, 2015
By:    _Michelle Labayen_   __
          Michelle Labayen (2960)
          Law Offices of Michelle Labayen PC
          24 Commerce Street
          Suite 530
          Newark, NJ 07102
          973-622-1584

michelle@bankruptcynyc.com
Attorneys for Plaintiff

By:

*Daniel Bevere*
Daniel Bevere
Piro, Zinna, Cifelli & Parris
360 Passaic Avenue
Nutley, NJ 07110
973-661-0710

By:

*Dan Hese*
Dan Hesse
Sprint Corporation
6200 Sprint Pkway
Overland Park, KS

By:      *Marcus Samuel*
Marcus Samuel
Allied Interstate LLC
7525 W Campus Rd
New Albany OH 43054